FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 17 2005
P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

REBA PATTERSON,

                Plaintiff,

-against-

MEDGAR EVERS COLLEGE of C.U.N.Y.,
DARIUS MOVASSEGHI, FRANK RAGLAND,

                Defendants.
------------------------------------------------------X

**MEMORANDUM &
ORDER
04-CV-858 (ERK) (LB)**

**BLOOM, United States Magistrate Judge:**

The Court held a settlement conference on May 9, 2005. The parties were unable to reach a settlement in the instant action. The Court made the following rulings and set the following deadlines:

> 1) Plaintiff's January 31, 2005 submission, captioned as an amended complaint shall be deemed a supplement to the complaint. See Fed. R. Civ. P. 15(d) ("[L]eave to file a supplemental pleading should be freely permitted when the supplemental facts connect it to the original pleading."); Quarantino v. Tiffany & Co., 71 F.3d 58, 66 (2d Cir. 1995)(citation omitted). Defendants shall respond to plaintiff's January 31, 2005 supplement by June 9, 2005.

> 2) Plaintiff shall supply her doctors' names and addresses, sign the medical releases and return them to defendant's counsel by May 23, 2005.

> 3) Plaintiff shall respond to defendants' outstanding requests (to supplement her answers at her deposition) regarding her damages and any mitigation thereof by June 9, 2005.

> 4) Plaintiff shall certify her deposition transcript by June 9, 2005.

> 5) The parties shall schedule defendants' depositions on June 20, 2005, June 21, 2005 and June 22, 2005.

6) Defendants' counsel indicated that they object to producing two of plaintiff's intended deponents. Accordingly, defendants shall file their objections to plaintiff's request to produce Brenda Richardson Malone, Vice Chancellor for Faculty and Staff Relations, and Nan Fisher Williams, Dean and Counsel to the President, by May 16, 2005. Plaintiff shall respond to these objections by May 23, 2005.

Additionally, defendants' counsel requested permission to move for summary judgment at the conclusion of discovery. Defendants' request was granted and the Court set forth the following briefing schedule: defendants shall serve their motion for summary judgment on plaintiff by September 16, 2005; plaintiff shall serve her opposition to defendants' motion for summary judgment on plaintiff by November 18, 2005; defendants shall serve their reply and file the fully briefed motion in Court by December 16, 2005. A courtesy copy of the complete motion should be sent to my chambers.

SO ORDERED:

Lois Bloom
United States District Judge

Dated: May 13, 2005
Brooklyn, New York

Copies to:

    Honorable Edward R. Korman

    Dr. Reba Patterson
    50 West 106th Street, 14D
    New York, NY 10025
    Plaintiff, Pro Se

    Antoinette Blanchette
    New York State Attorney General
    120 Broadway, 24th Floor
    New York, NY 10271
    Attorney for Defendants